United States District Court
Southern District of Texas
**ENTERED**
February 25, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CARLOS VASQUEZ a/k/a DUBLAS OTONIEL VASQUEZ (TDCJ # 02531792), Plaintiff, | § § § § § § § | CIVIL ACTION NUMBER 4:25-cv-06397 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Defendant. | § § § | |

## OPINION AND ORDER ON DISMISSAL

Plaintiff Juan Carlos Vasquez, a/k/a Dublas Otoniel Vasquez, is an inmate in the Texas Department of Criminal Justice–Correctional Institutions Division. He proceeds here *pro se*.

Plaintiff filed a letter with the Clerk that appears to allege that TDCJ officials are failing to protect him from harm by other inmates. Dkt 1. The Clerk construed the letter as an attempt to pursue a civil-rights action under 42 USC §1983. The Clerk issued a notice of deficient pleading, instructing Plaintiff to either file an application to proceed *in forma pauperis* with certified inmate account information or pay the $405 filing fee within thirty days. Dkt 5. The notice also instructed Plaintiff to file an amended complaint using the form approved for such actions. The notice included a blank complaint form and an *in forma pauperis* application for his use. The notice also advised that the action was subject to dismissal without prejudice for want of prosecution if he didn't comply.

Plaintiff hasn't complied, and his time to do so has expired. Under the inherent powers necessarily vested in a district court to manage its own affairs, this action will be dismissed for want of prosecution. FRCP 41(b); *Link v Wabash Railroad*, 370 US 626, 630-31 (1962); *Larson v Scott*, 157 F3d 1030, 1031 (5th Cir 1998); James W. Moore, *et al*, 8 *Moore's Federal Practice* § 41.51(3)(b) & (e) (Matthew Bender 3d ed 2017).

The Court will grant relief upon a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. See *Link*, 370 US at 635. A proper showing requires, at minimum, compliance with the Court's prior order.

The civil action filed by Plaintiff Juan Carlos Vasquez, a/k/a Dublas Otoniel Vasquez, is DISMISSED WITHOUT PREJUDICE. Dkt 1.

All pending motions are DENIED AS MOOT.

SO ORDERED.

Signed on February 25, 2026, at Houston, Texas.

*/s/ CREskridge*
Honorable Charles Eskridge
United States District Judge